Clerk of the Court,

06-19 (KAJ)

    I am writing this letter in the hopes of petitioning the Court to get assignment of counsel. My complaint on injuries sustained during work at my prison job followed by getting fired because I was not able to do the physical labor required to keep my job was filed in the District Court within days of the incident.

    Due to the complexity of issues and research required to get paperwork and interview defendants, the next step is beyond my scope due to being an incarcerated inmate. The violations cited in my opening complaint establish constitutional and procedural due process violations that with the assistance of counsel will be proven in open Court.

    Thank you for your time and consideration on my request.

Dated: 1/23/05

C.A. No# 1:06-cv-19 (KAJ)

Respectfully,

*John Robertson*
John Robertson, Pro'se
H.R.Y.C.I.
P.O. Box 9561
Wilm. DE 19809



FILED
JAN 25 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE





S. Robertson 541363
H.R.Y.C.I
P.O. Box 9561
Wilmington, DE 19809

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801