# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

**John Robertson**
Plaintiff

v.

C.A. No# 1:06-cv-19 (KAJ)

Warden Rafael Williams
Correctional Medical System
Swanson Service Cooperation

FILED
FEB 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BP scanned

### MOTION FOR THE APPOINTMENT OF COUNSEL

**COMES NOW**, the appellant, John Robertson, pro'se, and moves this Honorable court for Appointment of Counsel, to represent appellant.

In support of this Motion appellant states the following is true and correct, to the best of his knowledge and belief:

1. Appellant is incarcerated.
2. Appellant is unskilled in the law.
3. The administration at the Howard R. Young Correctional Center where the appellant is held limits the days and times that the appellant is allowed access to the law library.
4. Appointment of counsel would serve 'the best interests of justice' in this case.

**WHEREFORE**, appellant prays that this Honorable Court appoint counsel to represent the appellant.

Dated: 2/14/06

Respectfully,

John Robertson
John Robertson, Pro'se
H.R.Y.C.I.
P.O. Box 9561
Wilm. DE 19809



Robertson 541362
R.Y.C.I
O. Box 9561
Wilmington, DE 19809

Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilmington, DE 19801