Clerk of the Court,                                              3/19/06

    I'm writing in reference to case #1:06-cv-19(KAJ). There seems to be an error by the Prison Business Office. They have not dispursed the $22.00 filing fee, as authorized on 2/3/06. Indicated in the correspondance I recieved dated 2/6/06, the Prison Business Office was sent a copy of the authorization. The amount was always available on my account. Unfortunately the check was never cut. I've since sent a letter to the Business Office requesting them to send the payment required. I apologize for the delay.

                                                        John Robertson

                                                                       Respectfully,
                                                                       John Robertson
                                                                       John Robertson
                                                                       P.O. Box 9561
                                                                       Wilm, DE 19809
                                                                       SBI # 541362



FILED
MAR 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE   RG
scanned

Office of the Clerk
United States District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801