In The United States District Court
For The District of Delaware

John Robertson

v.

Correctional Medical System

Civ. Act No.: 06-19-KAJ


FILED
APR -7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Motion for Discovery / Production of Documents

COMES NOW the plaintiff to move this Honorable Court to grant his motion for discovery. To support claim of liability by the defendant, as well as those dismissed without prejudice.

1) Name of person or persons responsible for the up keep and maintenance of elevators at Howard R. Young Correctional Institution.

2) Last date of service for the elevators on the east side of the prison.

3) Dates any parts were replaced or repaired, what parts were they, and who did the installation

4) Any and all video from east side elevator cameras on 12/1

5) copy of all the plaintiffs medical records.

6) copy of every sick call slip since 12/14/05 submitted by the plaintiff.

                                    Respectfully Submitted,

4-6-06                          John Robertson

                                    John Robertson
                                    P.O. Box 9561
                                    Wilmington, DE 19809

Certificate of Service

I, John Robertson, do hereby certify that I've caused a true and correct copy of the foregoing Motion for Discovery to be sent to the following party by placing the same in the U.S. Mail on this 6th Day of April, 2006

AD:

Correctional Medical System
12647 Olive Blvd
P.O. Box 419052
St. Louis, MO 63141

Warden Rafael Williams
1301 E. 12th St.   Howard R. Young Correctional Institution
Wilmington, DE

John Robertson



J. Robertson
SBI #541303
P.O. Box 9561
Wilm, DE 19809

U.S.M.S. X-RAY

Office of the Clerk
United States District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

WILMINGTON DE 197
06 APR 2006 PM 2 T