IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN ROBERTSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civ. No. 06-19-KAJ |
| CORRECTIONAL MEDICAL SYSTEMS, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

TO:   CLERK OF THE COURT

Kindly enter my appearance on behalf of defendant, CORRECTIONAL MEDICAL SERVICES, INC., (incorrectly designated as "Correctional Medical Systems"), in the above-captioned matter.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: */s/ Kevin J.Connors*
KEVIN J. CONNORS, ESQ.
DE Bar ID: 2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendant, CORRECTIONAL MEDICAL SERVICES, INC., (incorrectly designated as "Correctional Medical Systems")

Dated: June 21, 2006
\15_A\LIAB\KJCONNORS\LLPG\359862\VLLUCAS\13252\15000