# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

JOHN ROBERTSON,                           )
                                          )
     Plaintiff,                          )
                                          )
    v.                                    )          Civ. No. 06-0019 KAJ
                                          )
CORRECTIONAL MEDICAL SYSTEMS,             )          JURY TRIAL BY TWELVE
                                          )          DEMANDED
     Defendant.                          )

## <u>ORDER</u>

ON THIS _____ day of _____ , 2006, having considered the Motion of Defendant, Correctional Medical Services, Inc., to Dismiss Plaintiff's Complaint, and all Responses thereto, and there being good cause to grant such Motion,

IT IS ORDERED THAT all claims against Defendant, Correctional Medical Services, Inc., are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

_____
The Honorable Kent A. Jordan

\15_A\LIAB\ESTHOMPSON\LLPG\364044\ESTHOMPSON\13252\00166