## CERTIFICATE OF SERVICE

I, Kevin J. Connors, hereby certify that two (2) copies of the **MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, TO DISMISS PLAINTIFF'S COMPLAINT** have been served by E-File and Regular Mail to the following:

John Robertson
SBI #541362
HRYCI
P.O. Box 9561
Wilmington, DE 19809

        MARSHALL, DENNEHEY, WARNER,
        COLEMAN & GOGGIN

        BY:  /s/ Kevin J. Connors
            KEVIN J. CONNORS, ESQ.
            DE Bar ID: 2135
            1220 North Market Street, 5th Fl.
            P.O. Box 8888
            Wilmington, DE 19899-8888
            Attorney for Defendant,
            Correctional Medical Services, Inc.

DATED:  July 14, 2006

\15_A\LIAB\ESTHOMPSON\LLPG\364045\ESTHOMPSON\13252\00166