# EXHIBIT 4

# SEALED DOCUMENTS

Contains CONFIDENTIAL INFORMATION
To Be Opened Only By Or As Directed By The Court
John Robertson v. Correctional Medical Systems ("CMS")
Civil Action NO. 06-0019 KAJ

\15_A\LIAB\ESTHOMPSON\LLPG\364236\ESTHOMPSON\13252\00166