IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN ROBERTSON, | ) | |
| | ) | Civ. No. 06-0019 KAJ |
| Plaintiff, | ) | |
| | ) | **FILED UNDER SEAL** |
| v. | ) | |
| | ) | JURY TRIAL BY TWELVE |
| CORRECTIONAL MEDICAL SYSTEMS, | ) | DEMANDED |
| | ) | |
| Defendant. | ) | |

**EXHIBIT 4 OF MOTION OF DEFENDANT,
CORRECTIONAL MEDICAL SERVICES, INC.,
TO DISMISS PLAINTIFF'S COMPLAINT – FILED UNDER SEAL**

DATED: July 14, 2006
\15_A\LIAB\ESTHOMPSON\LLPG\364185\PASHELBY\13252\00166