<u>**CERTIFICATE OF SERVICE**</u>

I, Kevin J. Connors, hereby certify that two (2) copies of the  **EXHIBIT 4 OF MOTION OF**

**DEFENDANT, CORRECTIONAL MEDICAL SERVICES, TO DISMISS PLAINTIFF'S COMPLAINT**

**- FILED UNDER SEAL** have been served by Regular Mail to the following:

John Robertson
SBI #541362
HRYCI
P.O. Box 9561
Wilmington, DE 19809

                                      MARSHALL, DENNEHEY, WARNER,
                                      COLEMAN & GOGGIN


                                BY:  ___/s/ Kevin J. Connors_____
                                    KEVIN J. CONNORS, ESQ.
                                    DE Bar ID: 2135
                                    1220 North Market Street, 5th Fl.
                                    P.O. Box 8888
                                    Wilmington, DE 19899-8888
                                    Attorney for Defendant,
                                    Correctional Medical Services, Inc.

DATED:  July 14, 2006

\15_A\LIAB\ESTHOMPSON\LLPG\364191\PASHELBY\13252\00166