United States District Court
District of Delaware

John Robertson
(Plaintiff)

v.

C.M.S.
(Defendant)

C.A. No# 06-19-KAJ

FILED
JUL 25 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned

Motion For The Appointment Of Counsel

COMES NOW, the plaintiff John Robertson, pro'se, moves this Honorable court for Appointment of Counsel to represent the plaintiff.

Due to the complexity of issues, research required, and knowledge of the law needed, the next step is beyond my scope; Due to my incarceration at H.R.Y.C.I.

The appointment of counsel will serve in the best interest of justice.

7/24/06

Respectfully,
John Robertson
John Robertson, Pro'se
PO Box 9561
Wilm, DE 19809

J. Robertson
541562
P.O. Box 9561
Wilm, DE 19809



WILMINGTON DE 197
24 JUL 2006 PM 2 L

United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801

U.S.M.
X-RAY