CA 06-19 KAJ
Re DI 20
Re DI 21

## CERTIFICATE OF SERVICE

    I, **JOHN ROBERTSON**, do hereby certify that I've caused a true and correct copy of the foregoing **RESPONSE TO MOTION** to be sent to the following party by placing the same in the U.S. Mail on this  1st  Day of October, 2006 AD:

**Kevin J. Connors**
Marshall, Dennehey, Warner,
Coleman and Goggin
1220 N. Market St., Suite 500
P.O. Box 8888
Wilmington, DE 19899
(302)552-4300
Email: kjconnors@mdwcg.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

*/s/ John Robertson*
SIGNED