## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN ROBERTSON, | : |
| Plaintiff, | : |
| v. | : C. A. No. 06-19-*** |
| CORRECTIONAL MEDICAL SYSTEMS ("CMS"), | : |
| Defendant. | : |

### ORDER

At Wilmington, Delaware, this **12th** day of **March, 2007.**

IT IS ORDERED that the status/scheduling teleconference with Judge Thynge scheduled for Monday, March 12, 2007 at 10:00 a.m. Eastern Time has been rescheduled to **Thursday, March 22, 2007 at 11:30 a.m. Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE