IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN ROBERTSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-19-*** |
| | : | |
| CORRECTIONAL MEDICAL SYSTEMS ("CMS"), | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

At Wilmington, Delaware, this **22nd** day of **March, 2007.**

IT IS ORDERED that the status/scheduling teleconference with Judge Thynge has been rescheduled to **Wednesday, April 18, 2007 at 1:30 p.m. Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE