## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN ROBERTSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-0019 *** |
| | ) | |
| CORRECTIONAL MEDICAL SYSTEMS, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

### **O R D E R**

**AND NOW,** this ____ day of _____, 2007, upon consideration of the Motion of Defendant, Correctional Medical Services, Inc., for Extension of Time to Respond to Plaintiff's Answering Brief in Opposition to Defendant's Motion to Dismiss and all Responses thereto, IT IS HEREBY ORDERED that the Motion is GRANTED and defendant, Correctional Medical Services, Inc., shall file its Reply to Plaintiff's Answering Brief in Opposition to Defendant's Motion to Dismiss on or before June 1, 2007.

_____

J.

\15_A\LIAB\KAMEANY\LLPG\427846\KAMEANY\13252\00166