## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN ROBERTSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-0019 *** |
| | ) | |
| CORRECTIONAL MEDICAL SYSTEMS, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

### RULE 7.1.1 STATEMENT OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC.

The undersigned counsel for defendant, Correctional Medical Services, Inc., hereby certifies that he is unable to contact Pro Se plaintiff, John Robertson, directly by telephone to determine whether he consents to the relief requested because plaintiff is currently incarcerated at HRYCI in Wilmington, Delaware.

MARSHALL, DENNEHEY, WARNER,
COLEMAN AND GOGGIN

BY: */s/Kevin J. Connors*
KEVIN J. CONNORS, ESQUIRE, (DE ID # 2135)
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
(302) 552-4300
Attorney for Defendant, Correctional Medical Services, Inc.

Date: May 11, 2007
\15_A\LIAB\KAMEANY\LLPG\427847\KAMEANY\13252\00166