## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN ROBERTSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-0019 *** |
| | ) | |
| CORRECTIONAL MEDICAL SYSTEMS, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2007, I have mailed by United States Postal Service, the **Motion Of Defendant, Correctional Medical Services, Inc., For An Extension Of Time To Respond To Plaintiff's Answering Brief In Opposition To Defendant's Motion To Dismiss**, to the following non-registered participant:

John Robertson
SBI # 541362
HRYCI
P.O. Box 9561
Wilmington, DE 19809

        MARSHALL, DENNEHEY, WARNER,
        COLEMAN AND GOGGIN

BY:  */s/Kevin J. Connors*
        KEVIN J. CONNORS, ESQUIRE, (DE ID # 2135)
        1220 N. Market Street, 5th Floor
        P.O. Box 8888
        Wilmington, DE 19899-8888
        (302) 552-4302
        Attorney for Defendant, Correctional Medical Services, Inc.

Date: May 11, 2007

\15_A\LIAB\KAMEANY\LLPG\427845\KAMEANY\13252\00166