IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN ROBERTSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-019-SLR |
| | ) |
| CORRECTIONAL MEDICAL SYSTEMS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington this 17th day of April 2008, for the reasons set forth in the memorandum opinion issued this date;

IT IS HEREBY ORDERED that motion of defendant, Correctional Medical Services, Inc., to dismiss plaintiff's complaint (D.I. 17) is **granted.**

_____
UNITED STATES DISTRICT JUDGE